Thank you. I'm going to go over it now. It's a big concern. It's a major implementation, but it's a big improvement. It's a big improvement, I say, because there are references there to the images of this torch. I'm going to show you now. It's stated in its messages. This is a game. What it does is, it's a game where you're waiting for the specific text messages to be created, and then introducing these objects to you, and you're aware. Calls can be interacted with by the teachers themselves. Of course, that's simply the teacher and we misuse animals, but the empowering point in introducing these objects to our friends and to our teacher is that the main character is the student who was the victim, who was gaining the power, the support, the education, and the empowerment. Mr. Stevens, the main character of this, with the fact that the victim is a police officer, probably just killed in this case, wasn't as strong. This is based primarily on the testimony of Hernandez. The video from the last date, when he comes to see the police department for a more public based witness testimony, was in August. It was the agency who received the agreement and the incentive. In just some way, it was being able to force the teacher and the teacher and bring in incentives to receive. Often, these parties would align these parties with the parents. Indeed, this collaboration with the students and the teachers increased the pressure. In the end, Hernandez, in the following minute, was able to see the whole team of victims. In this particular case, the agency used... ...to resolve this case, basically. Well, the agency's story is that the victim did not receive the incentives. It's always the same. It might be that she didn't have a lot of evidence. It might be that she didn't have a lot of evidence. Overall, the story of this case is that the victim was able to see the whole team of victims during this very traumatic event. This is not the end of the story. In other words, Hernandez was able to see the whole team of victims during this very traumatic event. In other words, Hernandez was able to see the whole team of victims during this very traumatic event. So, in response to the question... ...the next question is, who are the teachers? The agency, or the agency... ...is currently involved in both responding to the victims And, in a way, technically... ...both the system and the law enforcement students... ...can contribute to the prevention of any traumatic event. So, that's the first question then. The next question, the follow-up question... ...is, did the law enforcement team receive the incentives? They received the incentives. And, in this particular case, it's not the agency. It's just the law enforcement team. And, in the end, it's not just the agency... ...because the compensation is not the agency... ...but the law enforcement team, in the end, is the agency. So, in the end, it's the agency. So, in part, it was the agency... ...and, in part, it was the agency. So, in the end, the incentives were distributed online... ...and, in the end, the agency received the incentives... ...to serve these cases against them. And, in fact, there are some real bad cases... ...because, of course, years before, we had... ...a lot of people who were committed... ...to getting the marijuana to... ...Daisy and Jamie... ...the case that shows... ...the narcissism campaign... ...and then, following the narcissism... ...and then, following these stories... ...and, in the end, the narcissists... ...asan네요 ...asano ...asano ...asano ...asano ...asano ...asano ...asano ...asano ...asano ...asano ...asano  ...asano ...asanneo
judges: Farris, O'scannlain, Christen